UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN BONNEAU,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNKNOWN WARDEN,<br><br>　　　　　Respondent.<br>_____ | ) Case No. 14-1460 JLS(JC)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

　　In accordance with the concurrently issued Order Granting Motion to Dismiss Petition for Writ of Habeas Corpus, IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

　　IT IS SO ADJUDGED.

DATED: April 3, 2014

　　　　　　　　　　　　　　　____JOSEPHINE L. STATON_____
　　　　　　　　　　　　　　　HONORABLE JOSEPHINE L. STATON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE